

JOSEPH L. CALIXTE, JR. - 20A0775
COLLINS CORRECTIONAL FACILITY
P.O. BOX 340
Middle Road
Collins, New York 14034-0340



Pro Se Clerk's Office
Hon. Joan M. Azrack
Hon. James M. Wicks
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COUNTY ATTORNEY'S OFFICE
NASSAU COUNTY
Ms. Liora Ben-Sorek
One West Street
Mineola, New York 11501

Attorney General's Office
REGIONAL OFFICE OF THE ATTORNEY GENERAL
SUFFOLK COUNTY
Antonella Falzarano, AGA.
300 Motor Parkway, Suite 230
Hauppauge, New York 11788

April 13, 2022

RE: Calixte, Jr. v. Simpson, et.al. 18-CV-04186 (JMA) (JMW)
Calixte, Jr., et.al., v. Singas, et.al., 19-CV-5898 (JMW) (JMW).

Dear Pro Se Clerk and Judge Wicks:

Please be advised, Plaintiff requests from the Court for the Defendant's attorney's to inform the Department of Corrections and Community Supervision Offender Rehabilitation Coordinator of Plaintiff Joseph L. Calixte, Jr. - 20A0775 at Collins Correctional Facility to be notified of the upcoming **Status Conference on April 21, 2022 at 1:00pm.**

Thank you for your time and patience in this matter.

Sincerely,
Joseph L. Calixte, Jr.
Plaintiff, Pro Se.

Pf:
cc: Regional Office of Attorney General
County Attorney's Office